IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| MEISHA ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-390 |
| | ) | Removed from the Circuit Court for |
| | ) | the City of Chesapeake |
| USUI INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant USUI International ("Defendant" or "USUI"), by its undersigned attorneys, files this Notice of Removal of this civil action to the United States District Court for the Eastern District of Virginia, Norfolk Division. In support of this Notice, Defendant states as follows:

**I.    Background**

1.    On or about August 16, 2022, Plaintiff Meisha Roberts filed a Complaint in the Circuit Court for the City of Chesapeake titled Meisha Roberts vs. USUI International, Case No. CL22-4799 ("Complaint").

2.    Defendant was served with the Complaint on August 19, 2022.

3.    In her Complaint, Plaintiff alleges claims for wrongful discharge and harassment based on her race, and retaliation. While she does not identify the statute on which she relies in her *pro se* Complaint, she relies on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. ("Title VII") in her Charge of Discrimination, which is attached, along with the

Determination and Notice of Rights which she received from the United States Equal Employment Opportunity Commission.

**II.     This Notice of Removal is Timely Filed in the Proper Venue**

4.     Removal of this action to this Court is timely.  Defendant was served with the Complaint on August 19, 2022, and this Notice of Removal is filed within 30 days after receipt by the Defendant of the Complaint.  *See* 28 U.S.C. § 1446(b).

5.     The United States District Court for the Eastern District of Virginia, Norfolk Division, is the proper place to file this Notice of Removal because it is the federal district court that embraces the place where this action is pending.  *See* 28 U.S.C. § 1441(a).

**III.    This Court Has Federal Question Jurisdiction**

6.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.     Plaintiff's Complaint arises under the laws of the United States because it pleads claims under Title VII.

**IV.    Additional Procedural Matters**

8.     Pursuant to 28 U.S.C. § 1446(a), Defendant files herewith copies of all process, pleadings, and orders that have been served upon it to date in the state court action.  *See* Exhibit 1.

9.     Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of this removal to Plaintiff and will file a copy of this notice with the clerk of the Circuit Court of the City of Chesapeake.

WHEREFORE, Defendant respectfully notices the removal of this action from the Circuit Court of the City of Chesapeake to the United States District Court for the Eastern District of Virginia.

Respectfully submitted,


/s/ Dana L. Rust
Dana L. Rust (VSB No. 28408)
Laura J. Cooley (VSB No. 93446)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
(804) 775-1082 (Telephone)
(804) 698-2158 (Fax)
drust@mcguirewoods.com
lcooley@mcguirewoods.com

*Attorneys for Defendant USUI International*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2022, a copy of the foregoing Notice

of Removal was filed with the Court's CM/ECF system, and a true and correct copy was mailed

via first-class mail, postage pre-paid to the following:

> Meisha Roberts
> 309 Dixie Avenue
> Portsmouth, Virginia  23707


> /s/ Dana L. Rust
> Dana L. Rust (VSB No. 28408)
> Laura J. Cooley (VSB No. 93446)
> McGuireWoods LLP
> Gateway Plaza
> 800 East Canal Street
> Richmond, VA  23219-3916
> (804) 775-1082 (Telephone)
> (804) 698-2158 (Fax)
> drust@mcguirewoods.com
> lcooley@mcguirewoods.com
>
> *Attorneys for Defendant USUI International*